UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>   Plaintiff,<br><br> v.<br><br>COUNTY OF TUOLUMNE, et al.,<br><br>   Defendants. | Case No. 1:25-cv-00453-KES-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 8) |

Plaintiff Stanley E. Redick, III proceeds *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 8). Plaintiff has made the requisite showing required by § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 8) is granted.

IT IS SO ORDERED.

Dated: __**April 22, 2025**__         /s/ Erica P. Grosjean
                        UNITED STATES MAGISTRATE JUDGE

1