UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TUOLUMNE, *et al.*,<br><br>　　　　　Defendants. | No.  1:25-cv-00453-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO (1) DENY PLAINTIFF'S MOTIONS TO STRIKE AND MOTION FOR DEFAULT JUDGMENT AND (2) DISMISS THIS CASE<br><br>Docs. 18, 20 |

　　　　Plaintiff Stanley E. Redick, III proceeds pro se and in forma pauperis in this civil action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　This case is before the Court on two different findings and recommendations issued by the assigned magistrate judge. The first, issued on May 9, 2025, recommended denial of plaintiff's motion to strike a response from defendants filed in state court and denial of plaintiff's motion for default judgment.  Doc. 18.  The second, issued on May 15, 2025, recommended that this case be dismissed without prejudice based on plaintiff's failure to comply with Federal Rule of Civil Procedure 8(a), the *Younger* abstention doctrine, and the naming of improper defendants.

　　　　Both findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within thirty days after service.  Plaintiff did not file objections, and the deadline to do so has expired.

1

However, the Court notes that plaintiff filed two additional documents following the findings and recommendations, both of which generally offer default-related arguments. Docs. 19, 21. However, these arguments were considered and correctly rejected by the magistrate judge. *Compare* Doc. 18 *with* Doc. 21.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes that both findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 9, 2025, and May 15, 2025, Docs. 18, 20, are ADOPTED IN FULL.
2. Plaintiff's motion to strike, Doc. 15, is DENIED.
3. Plaintiff's motion for default judgment and filings requesting related relief, Docs. 16, 19, 21, are DENIED.
4. This action is DISMISSED.
5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 11, 2025

UNITED STATES DISTRICT JUDGE